IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| ROBERT E. HILL, and PATRICIA L. HILL,<br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, MIKE DEVERS, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. CV-05-630<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO STATE COURT OF REMOVAL OF ACTION

TO:   Circuit Clerk of Montgomery County
      Post Office Box 1667
      Montgomery, Alabama 36102-1667

Please take notice that Defendants State Farm Fire and Casualty Company and Mike Devers have this date filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

DATED this the 7th day of March, 2006.

_____
MICHAEL B. BEERS [BEE006]
MICHEAL S. JACKSON [JACKM8173]
Attorneys for Defendants State Farm Fire and Casualty Company and Mike Devers

OF COUNSEL:
BEERS, ANDERSON, JACKSON,
   PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

EXHIBIT D

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing NOTICE TO STATE COURT OF REMOVAL OF ACTION has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Clifford W. Cleveland, II, Esq.
**CLEVELAND & COLLEY, P.C.**
Post Office Box 680689
Prattville, Alabama 36068


on this the 7th day of March, 2006.

               /s/ [signature]
               OF COUNSEL

-2-