IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. HILL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv218-ID |
| STATE FARM FIRE AND CASUALTY | ) |
| CO., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

It is CONSIDERED and ORDERED that all motions filed in state court and pending on the date of removal be and the same are hereby DENIED without prejudice, with leave to re-file, if and when appropriate.

It is further CONSIDERED and ORDERED that Plaintiffs show cause, if any there be, on or before April 7, 2006, why Defendant Mike Devers' motion to dismiss, filed in this court on March 7, 2006 (Doc. No. 3), should not be granted.

DONE this 22nd day of March, 2006.

                                              /s/ Ira DeMent
                                              SENIOR UNITED STATES DISTRICT JUDGE