# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT E. HILL<br>and PATRICIA L. HILL, | * * * | |
| Plaintiffs, | * * | CASE NO. 2:06-CV-218-SID |
| vs. | * * | |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, MIKE DEVERS, et al. | * * * | |
| Defendants. | * | |

## PLAINTIFFS' SUMMARY OF FEES AND COST

ATTORNEYS FEES

| | | |
|---|---|---|
| Research | 7 hours @ | $ 175.00 |
| Preparation of Motion to Remand | 9 hours @ | $ 175.00 |
| | Total | $2,800.00 |

EXPENSES INCURRED

Copier Expenses (to include
Researched documents)      439 copies @ 30 cents per copy
Travel Expenses            44 miles   @ 48 ½ cents per mile

Total     $ 153.04

Grand Total  $2,953.04