IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT E. HILL, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 2:06cv218-ID |
| STATE FARM FIRE AND CASUALTY | ) |
| CO., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' motion to remand, filed April 6, 2006 (Doc. No. 5), it is ORDERED that Defendants show cause, if any there be, on or before April 24, 2006, why said motion should not be granted.

It is further CONSIDERED and ORDERED that the parties are hereby relieved of their obligations imposed by Rule 26(f) of the Federal Rules of Civil Procedure while the court's decision on the motion to remand is under advisement. If the court denies the motion to remand, all parties must meet and confer for all purposes required by Rule 26(f), and file the required report, within ten days of entry of any order denying said Motion.

DONE this 11th day of April, 2006.

                    /s/ Ira DeMent
                    SENIOR UNITED STATES DISTRICT JUDGE